UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:02-CR-1-R

WILLIAM MATTINGLY,
PETITIONER

v.

UNITED STATES OF AMERICA,                                              RESPONDENT

**OPINION & ORDER**

This matter comes before the Court on Petitioner William Mattingly's Motion for Relief from Judgment (Docket #448).  The Respondent, the United States, has responded to this motion (Docket #449), and the Petitioner has replied to that response (Docket #450).  This matter is now ripe for adjudication.

The Petitioner contends that this Court lacked jurisdiction over him when it sentenced him in May 2003, and therefore, his sentence is void.  However, as noted by the United States, 18 U.S.C. § 3231, enacted into law in 1948, provides original jurisdiction for this Court to address offenses against the laws of the United States.  Accordingly, the Court finds that the Court had proper jurisdiction over the Petitioner when he was sentenced in May 2003.

The Court having considered the Motion by the Petitioner and being sufficiently advised in this matter,

**IT IS SO ORDERED:**

The Petitioner's Motion for Relief from Judgment (Docket #448) is **DENIED**.